# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT K. DECKER, No. 51719-074, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL SPROUL, Warden, <br><br> Defendant. | Case No. 3:24-cv-01537-JPG |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having denied Petitioner Robert K. Decker's petition for habeas corpus pursuant to 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for habeas corpus is dismissed.

**DATED:** October 24, 2024

MONICA A. STUMP, Clerk of Court

By:   *s/Tina Gray*
       Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE